UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

(Fla. Cir. Ct. Case No.16-4244)

MIADECO CORP., a Florida Corporation,
B&S TAXI CORP., a Florida
Corporation, and CHECKER CAB
OPERATORS, INC., a Florida Corporation,
individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, a political
subdivision of the State of Florida,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, Miami-Dade County ("the County"), files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, based on the facts set forth below:

1.    The County was served with a copy of the Amended Complaint or on about May 6, 2016.

2.    The Amended Complaint advances claims pursuant to 42 U.S.C § 1983 for alleged violations of equal protection (Count I) and the commerce clause (Count V), and an inverse condemnation claim under both federal and state law (Count IV). Therefore, this Court has original jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a) and (b).

3. With respect to any claims based on Florida law, this Court has supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367, and the action is therefore removable under § 1441(a) and (b).

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5. The Amended Complaint and all relevant state court filings are attached collectively as Exhibit "A."

6. Miami-Dade County has filed no papers with the Clerk of the State Court.

7. Written notice of the removal of this action is being provided to Plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, Miami-Dade County respectfully requests that this Court accept and retain removal jurisdiction over this action.

RESPECTFULLY SUBMITTED,

ABIGAIL PRICE WILLIAMS
MIAMI-DADE COUNTY ATTORNEY
Stephen P. Clark Center
111 Northwest First Street, Suite 2810
Miami, FL 33128

By: /s/ *Bernard Pastor*
    Bernard Pastor
    Florida Bar No. 0046582
    email: pastor@miamidade.gov
    Annery Alfonso Pulgar
    Florida Bar No. 90854
    email: annery@miamidade.gov
    Assistant County Attorneys
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5611

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this 1st day of June, 2016, to all parties on the attached service list.

 /s/  *Bernard Pastor*
Bernard Pastor
Assistant County Attorney

## SERVICE LIST

Ralph G. Patino, Esq.
Patino & Associates, P.A.
550 Biltmore Way, St. 740
Coral Gables, FL 33134
service@patinolaw.com
***Counsel for Plaintiffs***